Case 1:21-cr-00150-GLR   Document 24   Filed 11/16/22   Page 1 of 1

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

4:52 pm, Nov 16 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA  *

vs.  *  Case No. GLR-21-0150

LENA GRIFFITH  *

\*\*\*\*\*\*

## ORDER OF DETENTION BY AGREEMENT

A hearing, having been held on this date, at which the defendant was represented by _Jonathan Van Hoven, CJA_, and the Government was represented by Assistant United States Attorney _Kim Oldham_, it is

**ORDERED**, this _16th_ day of _November_, 2022, that the above-named defendant be, and the same hereby is, DETAINED by agreement of the parties without prejudice to either side requesting a prompt hearing to set appropriate conditions of release or otherwise address the detention of the defendant.

_____
Beth P. Gesner
United States Magistrate Judge